**FILED**
JAMES J. VILT, JR. - CLERK

JUN 0 6 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JOSHUA JAMES EDWARDS YOUNG**

<u>INDICTMENT</u>

NO. 3:23 - CR - 64 - CHB

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

<u>COUNT 1</u>
(*Possession of a Firearm by a Prohibited Person*)

Between on or about March 3, 2023, continuing through on or about March 11, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JOSHUA JAMES EDWARDS YOUNG**, did knowingly possess, in and affecting commerce, a firearm, that is, a Hi-Point, Model CF380, .380ACP caliber pistol, bearing serial number P869932, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is:

On or about September 5, 2018, **JOSHUA JAMES EDWARDS YOUNG**, was convicted in United States District Court for the Western District of Kentucky, Louisville, Kentucky, in Case Number 3:18-CR-00001, of Possession of a Firearm by a Prohibited Person, a felony;

On or about July 7, 2017, **JOSHUA JAMES EDWARDS YOUNG**, was convicted in Jefferson County Circuit Court, Jefferson County, Kentucky, in Case Number 16-CR-1596, of Receiving Stolen Property under $10,000, a felony;

On or about February 13, 2015, **JOSHUA JAMES EDWARDS YOUNG**, was convicted in Jefferson County Circuit Court, Jefferson County, Kentucky, in Case Number 15-CR-0335 of Promoting Contraband in the First Degree, a felony; and

On or about January 29, 2015, **JOSHUA JAMES EDWARDS YOUNG**, was convicted in Jefferson County Circuit Court, Jefferson County, Kentucky, in Case Number 14-CR-1452 of Retaliating Against a Participant in the Legal Process, a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this Indictment, a felony punishable by more than one year, the defendant, **JOSHUA JAMES EDWARDS YOUNG**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to: a Hi-Point, Model CF380, .380ACP caliber pistol, bearing serial number P869932, and ammunition.

A TRUE BILL.

**Redacted**



MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:egm06062023

UNITED STATES OF AMERICA v. **JOSHUA JAMES EDWARDS YOUNG**

**P E N A L T I E S**

Count 1:  NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

**N O T I C E**

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL
ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after
November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court
issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's
Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of
court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at
the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day
following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE**
of not more than the greater of **$10,000** or twice the unpaid balance of the fine; or
**IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY  40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY  42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY  42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY  42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.