UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO.: 3:23-CR-00064-1

UNITED STATES OF AMERICA                                             PLAINTIFF,

v.

JOSHUA JAMES EDWARD YOUNG                          DEFENDANT.

**DEFENDANT'S SENTENCING MEMORANDUM**

Comes the Defendant, Joshua James Edward Young, and respectfully submits this Sentencing Memorandum. Sentencing is scheduled for June 27, 2024.

**A.**    **Charges.**

Possession of a Firearm by a Prohibited Person [18 U.S.C. §§ 922(g)(1) and 924(a)(8)].

**B.**    **Statutory Penalties.**

There is no mandatory minimum sentence, and the maximum term of imprisonment is 15 years. 18 U.S.C. §§ 922(g)(1) and 924(a)(8)][1]

---

[1]     PSR     Para. 71.

C.     **Plea Agreement**.

Mr. Young has entered into a Plea Agreement with the United States pursuant to Rule 11(c)(1)(C). At the time of sentencing, the United States and the Defendant will agree to the following: 1) That a sentence of 63 months is the appropriate disposition of this case; 2) That a fine at the lowest end of the applicable Guideline Range is appropriate and is to be due and payable on the date of sentencing; 3) Agree that a reduction of three levels below the otherwise applicable Guideline for "acceptance of responsibility" as provided by §3E1.1(a) and (b), provided the defendant does not engage in future conduct which violates any federal or state law, violates a condition of bond, constitutes obstruction of justice, or otherwise demonstrates a lack of acceptance of responsibility. 4) Demand forfeiture of a Hi-Point, Model CF380, .380ACP caliber pistol, bearing serial number P869932, and ammunition.[2]

D.     **The PSR's Guideline Calculations.**

The Final Presentence Investigation Report ("PSR") lists Mr. Young's guideline calculations as follows:

| | |
|---|---|
| Base Offense Level USSG § 2K2.1(c)(1)(A) | 14 |
| Specific Offense Characteristic § 2A2.1(b)(2) | +5 |
| Specific Offense Characteristic § 2A2.2(b)(3)(A) | +3 |
| Reckless Endangerment During Flight § 3C1.2 | +2 |
| Adjusted Offense Level (Subtotal) | 24 |
| Acceptance of Responsibility USSG §3E1.1(a) | -2 |
| Acceptance of Responsibility USSG §3E1.1(b) | -1 |

---

[2]   PSR   Para 6.

| | |
|---|---|
| Total Offense Level | 21 |
| Criminal History Category | VI[3] |
| Guideline Range | 77 - 96 months (Zone D)[4] |

The defense has no objections to the PSR's guideline calculations.

**E.      Defendant's Background.**

Mr. Young was born on January 6, 1996, in Louisville, Kentucky, to Joshua Gouker and Angelina Young. His father is currently in state custody serving a term of Life for the murder of Mr. Joshua Young's stepbrother, among other offenses.

Mr. Young's mother passed away in 2010 of an intentional drug overdose. He has two maternal half-siblings, ages 14 and 16, with whom he is close. He also reported having a paternal half-sister in Michigan with whom he has no contact.

Mr. Young's childhood was not filled with many good experiences. His father went to prison when Mr. Young was only five years old. Mr. Young and his father started to get to know each other when his father was released from prison, but his father returned to prison within the following year. Consequently, Mr. Young was raised by his mother and grandmother, who is also deceased. Mr. Young stated that his mother always had a drug problem. As a result of that, and some neglect issues from other family members, Mr. Young indicated he was placed in foster care when he was around 11 or 12 years old, living at Home of the Innocents and other group and foster homes.

---

[3]      PSR      Para. 47.

[4]      PSR      Para. 74.

Mr. Young suffered a tremendous amount of trauma in his childhood. As the PSR correctly outlines:

> To provide all of the examples of abuse the defendant endured at the hands of his father would be virtually impossible; however, there are a few that stand out, including his father beating their family dog to death with a baseball bat and strangling it, throwing their cat off a second story balcony and killing it, raping Mr. Young's mother and showing him and the other children a video of the assault, and openly discussing and showing the children videos of various sexual escapades. Drug use was the norm in the household, with the children receiving marijuana as gifts on holidays. The defendant not only drank alcohol and used drugs with his parents, but was encouraged to do so, even as a very young child. His father took him to Michigan on two occasions, forcing him to miss school for several days at a time. On one of those trips, the defendant witnessed his father holding a knife to the throat of a woman with whom he was in a relationship. Unfortunately, to witness an episode of domestic violence such as this one was not unusual, as the defendant witnessed his father physically, sexually, and emotionally abuse his mother throughout his childhood. According to juvenile records, one of his childhood therapists rated the trauma Mr. Young experienced as a child as a 9.5, with 10 being the most trauma a child could experience.[5]

Mr. Young was placed in Our Lady of Peace, in Louisville, Kentucky, when he was 13 years old. He reported that he was initially sent there due to truancy issues. He attended outpatient services for one to two months and was diagnosed with depression and post-traumatic stress disorder (PTSD). He was prescribed Lithium and Seroquel in the past but has not taken medication in over 10 years.

Mr. Young has a substance abuse history consisting of marijuana, cocaine, methamphetamine, and benzodiazepine abuse. He stated he drinks alcohol socially but indicated it has never been problematic for him. The defendant advised that he began smoking marijuana when he was approximately 11 years old and that he smoked it daily until he was around the age of 19 when he began using methamphetamine. Mr. Young stated he resumed daily marijuana use

---

[5]   PSR   Para. 59.

following his release from prison in 2021. Mr. Young's juvenile court records document that his parents gave him marijuana when he was as young as six years old.

Following his release from prison in 2021, Mr. Young again started using methamphetamine and was using the drug three or four times per week until his arrest on the instant offense. He also experimented with cocaine at the age of 21 and used a couple of times that same year. Lastly, Mr. Young reported abusing Xanax when "he was younger" and used them occasionally, with his last use being in 2021.

Mr. Young attended Fern Creek High School, in Louisville, Kentucky, until the 11th grade. He obtained his General Education Diploma in 2015 while at the Marshall County Detention Center on May 26, 2015.

Mr. Young reported that he has never been married but he does have one son, age nine. His son currently resides in Louisville, Kentucky with his mother, Amanda Clark.

F.   **Requested Sentence.**

The defense requests the Court to sentence Mr. Young to no more than 63 months custody. Mr. Young has been in state custody since March 1, 2023, and appeared for Initial Appearance on Writ of Habeas Corpus in federal court on November 30, 2023. While in custody, Mr. Young has tried to make the best use of his time, to reflect on his life, and to better himself as a person. He is remorseful for his actions, and vows not to repeat these same mistakes. Mr. Young plans on being a law-abiding and productive member of society upon his release from incarceration. Given the plea agreement and Mr. Young's personal history, such as his highly traumatic upbringing, the defense submits that a sentence of 63 months is "sufficient, but not greater than necessary."

Respectfully submitted,
/s/ Patrick J. Bouldin
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525
Counsel for Defendant.

## **CERTIFICATE**

I certify that a copy of the foregoing motion was served on the attorneys of record on this case on this June 20 , 2024.

/s/ Patrick J. Bouldin
